IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HAKEEN HASTY, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-cv-154(HL) |
| | * |
| Officer MCNEILL, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 12, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 12th day of May, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk